UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MAURICIO MONTERO MONTERO      CIVIL ACTION NO. 25-1741 SEC P

VERSUS      JUDGE EDWARDS

BRIAN ACUNA ET AL      MAG. JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 13), noting the absence of objections,[1] and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers this 13th day of May, 2026.

JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT

---

[1] Petitioner file a Notice on April 30, 2026, advising that he did not object to the Report and Recommendation.  ECF No. 14.